IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **SUNBELT RENTALS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-758 |
| | ) | |
| **PERDOMO NATIONAL** | ) | |
| **WRECKING CO., LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On October 2, 2020, United States Magistrate Judge Theresa Carroll Buchanan entered a Report and Recommendation (the "Report") in this case, recommending that default judgment be entered in favor of Plaintiff Sunbelt Rentals, Inc. and against Defendant Perdomo National Wrecking Co., LLC.

Upon consideration of the record and Judge Buchanan's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 12).

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Dkt. 8) is **GRANTED**.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

1

It is further **ORDERED** that **DEFAULT JUDGMENT** be entered in favor of Plaintiff and against Defendant.

It is further **ORDERED** that default judgment is entered against Defendant Perdomo National Wrecking Co., LLC, and in favor of Plaintiff Sunbelt Rentals Inc. in an amount of $118,807.10 which consists of (i) $116,977.40 in unpaid invoices and service charges; and (ii) $1,829.70 in prejudgment interest from May 16, 2020 to August 31, 2020 at six percent daily interest.

It is further **ORDERED** that Plaintiff is also awarded interest on the $118,807.10 to accrue daily at a rate of six percent from August 31, 2020 to the date of the entry of this Order.

It is further **ORDERED** that Plaintiff is entitled to reasonable attorney's fees and costs related to this litigation. Plaintiff is **DIRECTED** to provide information regarding its reasonable attorney's fees and costs within **FOURTEEN DAYS** of the entry of this Order.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendant Perdomo National Wrecking Co., LLC and in favor of Plaintiff Sunbelt Rentals, Inc. in the amount of $118,807.10 plus prejudgment interest at the rate of six percent daily from August 31, 2020 to the date of the entry of this Order and post-judgment interest at the rate for federal judgments from the date of the entry of this Order until the judgment is satisfied.

The Clerk is further directed to provide a copy of this Order to all counsel of record, to Defendant's last known addresses of record, and to place this matter among the ended causes.

Alexandria, Virginia
October 21, 2020

/s/
T. S. Ellis, III
United States District Judge

2